UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VIRGINIA BRADFORD, Individually and as Heir and Legal Representative of the ESTATE OF FRED HAROLD BRADFORD Jr., (Deceased),<br>　　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF DALLAS, BRYAN KENT BURGESS, MICHAEL PUCKETT, and DAVID BROWN,<br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.<br><br>_____ |

**DEFENDANTS THE CITY OF DALLAS AND DAVID BROWN'S
CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE COURT:

Defendants the City of Dallas and David Brown ("Defendants"), pursuant to N.D. Local Civil Rule 3.1 (f) and N. D. Local Civil Rule 7.4, file the following certificate of interested persons. The undersigned, on behalf of the foregoing defendants, certifies that the following listed persons and entities have an interest in the outcome of this case.

**A.    Parties**

Plaintiff:

1.    Virginia Bradford

2.    the "Estate of Fred Harold Bradford Jr."

Defendants:

3.    The City of Dallas

4.    David Brown

5.    Bryan Kent Burgess

6.    Michael Puckett

B.  **<u>Attorneys</u>:**

<u>Plaintiff</u>:

1. William M. "Billy" Ravkind
   Texas Bar No. 16587300
   Ravkind & Associates, L.L.C.
   One Meadows Building
   5005 Greenville Avenue, Suite 200
   Dallas, Texas 75206
   (214) 559-0555 (Voice)
   (214) 363-9979 (Facsimile)

2. Ben C. Martin
   Texas Bar No. 13052400

3. Thomas Wm. Arbon
   Texas Bar No. 01284275

4. Russell T. Button
   Texas Bar No. 24077428

   Law Offices of Ben C. Martin, LLP
   3219 McKinney Avenue, Suite 100
   Dallas, Texas 75240
   (214) 761-6614 (Voice)
   (214) 744-7590 (Facsimile)

<u>Defendants City of Dallas and David Brown</u>:

5. Jason G. Schuette                                                        (lead counsel to be noticed)
   Executive Assistant City Attorney
   Texas Bar No. 17827020

6. Patricia M. De La Garza
   Executive Assistant City Attorney
   Texas Bar No. 13897900

   City Attorney's Office
   1500 Marilla Street, Room 7B North
   Dallas, Texas 75201
   214.670.3519 – Telephone
   214.670.0622 – Telecopier

<u>Defendant Bryan Kent Burgess</u>:

7. Edwin P. Voss, Jr.
   Texas Bar No. 20620300

        Brown & Hofmeister, L.L.P.
        740 E. Campbell Road, Suite 800
        Richardson, Texas  75081
        Telephone:  (214) 747-6100
        Facsimile:   (214) 747-6111

<u>Defendant Michael Puckett</u>:

8.     Gerald Bright
       Texas Bar No. 02991720

9.     David L. Craft
       Texas Bar No. 00790522

       Walker Bright P.C.
       100 North Central Expressway, Suite 800
       Richardson, Texas  75080
       Telephone:    (972) 744-0192
       Facsimile:     (972) 744-0067

                Respectfully submitted,

                THOMAS P. PERKINS, JR.
                Dallas City Attorney

                *s/ Jason G. Schuette*
                Executive Assistant City Attorney
                Texas Bar No. 17827020
                jason.schuette@dallascityhall.com

                Patricia M. DeLaGarza
                Executive Assistant City Attorney
                Texas Bar No. 13897900
                patricia.medrano@dallascityhall.com

                City Attorney's Office
                Dallas City Hall, Room 7B North
                1500 Marilla Street
                Dallas, Texas  75201
                Telephone:    214-670-3519
                Telecopier:    214-670-0622

                *Attorneys for Defendants*
                *City of Dallas and David Brown*

## CERTIFICATE OF SERVICE

I certify that on 30 June 2013, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: none

I certify that on 30 June 2013, I served this paper on the following persons by the means indicated, in compliance with the Federal Rules of Civil Procedure:

**BY FIRST CLASS MAIL**
William M. "Billy" Ravkind
One Meadows Building
5005 Greenville Avenue, Suite 200
Dallas, Texas  76206

**BY FIRST CLASS MAIL**
Ben C. Martin
Thomas Wm. Arbon
Russell T. Burton
3219 McKinney Avenue
Dallas, Texas  75204

**BY FIRST CLASS MAIL**
Gerald Bright
David L. Craft
Walker Bright P.C.
100 North Central Expressway, Suite 800
Richardson, Texas  75080

**BY FIRST CLASS MAIL**
Edwin P. Voss, Jr.
Brown & Hofmeister, L.L.P.
740 E. Campbell Road, Suite 800
Richardson, Texas  75081

*s/ Jason G. Schuette*
Executive Assistant City Attorney