# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| VIRGINIA BRADFORD, Individually and as Heir and Legal Representative of the ESTATE OF FRED HAROLD BRADFORD, JR., (Deceased), | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 3:13-CV-2966-B |
| v. | § § | |
| THE CITY OF DALLAS, BRYAN KENT BURGESS, MICHAEL PUCKETT, and DAVID BROWN, | § § § | |
| Defendants. | § § | |

**PLAINTIFF'S CONSOLIDATED RESPONSE IN OPPOSITION TO DEFENDANTS BRYAN KENT BURGESS' AND MICHAEL PUCKETT'S MOTIONS TO FOR PROTECTIVE ORDER TO STAY DISCOVERY AND BRIEF**

## APPENDIX

| Tab | Document | Page |
|---|---|---|
| 1 | Dallas Police Department News Release - 08/20/13 | 1 |

# TAB NO. 1



*News Release*

# Dallas Police Department

**Police Media Relations Unit**
**Phone: 214-671-4065 Fax: 214-670-8154**
**www.dallaspolice.net**

August 20, 2013

### Seven Employees Disciplined by Chief of Police David O. Brown

Dallas Police Chief David O. Brown terminated six employees and suspended another during disciplinary hearings this afternoon.

1. Crime Scene Analyst Cindy Kelly was involved in the following incident:

   - In February 2013, a routine criminal history check was conducted on Crime Scene Analyst Cindy Kelly. The check revealed that Ms. Kelly was arrested by the Ellis County Sheriff's Office on November 29, 2012, for outstanding felony warrants. The warrants were for Misapplication of Fiduciary Property. The Internal Affairs Division investigation concluded Ms. Kelly brought discredit to the Department when she was arrested for outstanding felony warrants and failed to submit a written report to the Chief of Police regarding her involvement in a criminal action.

Crime Scene Analyst Kelly was terminated for her actions. She was hired in August 2012 and was assigned to the Crime Scene Response Unit.

2. Police Officer Andrew Clennell, #9317, was involved in the following incident while on Administrative Leave for an unrelated incident:

   - On February 4, 2012, at approximately 2:40 a.m., Officer Clennell was in a restaurant in Fort Worth when his friends engaged in a verbal disturbance with another group of patrons. Officer Clennell approached the other group of patrons and produced a commemorative badge and secondary weapon. A physical fight ensued over Officer Clennell's badge and gun. Fort Worth Police responded and filed Assault Class A misdemeanor charges against two individuals. Officer Clennell declined to prosecute and those charges were dropped. During the initial investigation, Officer

**1**

Clennell told Fort Worth officers that he had his gun on him when he entered the restaurant.  However, during a follow-up interview, Officer Clennell stated he did not have a gun on him and went to his car to retrieve his sidearm and badge prior to engaging in the confrontation.  The Internal Affairs investigation concluded that Officer Clennell precipitated, caused or escalated a disturbance to his discredit and  gave inconsistent, conflicting and/or misleading statements during the investigation conducted by the Fort Worth Police into this disturbance.  The investigation also concluded that Officer Clennell carried a weapon in a public place while on Administrative Leave.

Police Officer Clennell was given a 30 day suspension for his actions.  Officer Clennell was hired in November 2007 and was assigned to the Southeast Patrol Division.

3.  Police Officer Edward Antunez, #9678, was involved in the following incident:

- On March 13, 2013, at approximately 4:30 a.m., Officer Antunez engaged in conduct which later resulted in a complainant filing a Sexual Assault charge against him with the Mesquite Police Department. The Internal Affairs Division investigation concluded Officer Antunez engaged in adverse conduct that resulted in his arrest for Sexual Assault.   The Internal Affairs Division investigation also concluded that Officer Antunez made inappropriate contact with a person without consent.

Police Officer Antunez was terminated for his actions. Officer Antunez was hired in December 2008 and was assigned to the Southeast Patrol Division.

4.  Police Officer Bryan Burgess, #9793, and Officer Michael Puckett, #9789, were involved in the following incident:

- On April 21, 2013, at about 10:45 p.m., Officers Bryan Burgess, #9793, and Michael Puckett, #9789, observed suspicious activity involving an individual on a bicycle in the 1600 block of Martin Luther King Boulevard.   The officers attempted to stop the individual when he began to flee on his bicycle.  Officer Puckett exited the vehicle and began to pursue the individual on foot while Officer Burgess continued the pursuit in the police vehicle.  When the pursuit reached the 3100 block of Julius Schepps Freeway, a collision occurred between the bicycle ridden by the individual and

**2**

the vehicle that was operated by Officer Burgess. During the investigation it was discovered that Officers Burgess and Puckett gave false statements to Dallas Fire and Rescue, their supervisors, the Vehicle Crimes Unit, the Special Investigations Unit, and the Internal Affairs Division. In addition, multiple departmental reports contained false information as a result of their statements.

The Internal Affairs Division investigation concluded that Officers Burgess and Puckett endangered an individual's safety by careless or irresponsible actions or negligence. The investigation also concluded that Officers Burgess and Puckett were untruthful regarding a police incident and that untruthfulness caused inaccurate, false, and/or improper information to be entered in a Departmental report.

Police Officers Burgess and Puckett were terminated for their actions. Both officers were hired in March 2009 and assigned to the Southeast Patrol Division.

5. Senior Corporal Shawn Wash, #6958, was involved in the following incident:

- In March of 2012, it was discovered that from 2009 through 2011, while assigned to the Family Violence Unit, Senior Corporal Wash failed to work on 148 cases that were still within the statute of limitations and entered false information regarding a case being filed in a report supplement. The Internal Affairs Division investigation concluded that Senior Corporal Wash failed to fully investigate criminal cases assigned to him and knowingly entered false information on an offense report.

Senior Corporal Wash was terminated for his actions. He was hired in September of 1992 and assigned to the Crimes Against Persons Division.

6. Senior Corporal Durman Johnson, #4505, was involved in the following incidents:

- In March of 2012, it was discovered that from 2009 through 2011, while assigned to the Family Violence Unit, Senior Corporal Johnson failed to work on 105 cases that were assigned to him and were still within the statute of limitations. It was also discovered during an audit that Senior Corporal Johnson documented in a supplement that he submitted a prosecution report when in fact he did not. The Internal Affairs Division investigation concluded that

**3**

Senior Corporal Johnson failed to fully investigate criminal cases assigned to him and knowingly entered false information on an offense report.

- In February of 2012, it was discovered that Senior Corporal Johnson failed to properly and thoroughly investigate an assault offense and subsequently filed a prosecution report and warrant on the wrong suspect.  The Internal Affairs Division investigation concluded that Senior Corporal Johnson entered, or caused to be entered, inaccurate, false or improper information on a Departmental report.

Senior Corporal Johnson was terminated for his actions.  He was hired in March of 1981 and was assigned to the Crimes Against Persons Division.

Under civil service rules, all employees have the right to appeal their discipline.

(30)

13 - 107

**4**