UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VIRGINIA BRADFORD, Individually and as Heir and Legal Representative of the ESTATE OF FRED HAROLD BRADFORD, JR., (Deceased),<br>       Plaintiff,<br><br>vs.<br><br>THE CITY OF DALLAS, BRYAN KENT BURGESS, MICHAEL PUCKETT, and DAVID BROWN,<br>       Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO.<br><br>3:13-CV-2966-B |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff, Virginia Bradford, and Defendants, the City of Dallas, Bryan Kent Burgess, Michael Puckett, and David Brown (collectively, "the Parties"), pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal with prejudice of all claims by the Parties. The Parties respectfully request that the Court take note of this stipulation, and that the dismissal of these claims and of this civil action be noted on the Court's docket.

Respectfully submitted,

LAW OFFICES OF BEN C. MARTIN, LLP

*/s/ Ben C. Martin  [ with permission ]*
Ben C. Martin
State Bar No. 13052400
Thomas Wm. Arbon
State Bar No. 01284275
Russell T. Burton
State Bar No. 24077428
3219 McKinney Avenue, Suite 100
Dallas, Texas 75204
214/761-6614 (Voice)  214/744-7590 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**

Respectfully submitted,

WARREN M. S. ERNST
Dallas City Attorney

*/s/ Jason G. Schuette*
Executive Assistant City Attorney
Texas Bar No. 17827020
jason.schuette@dallascityhall.com

Grant H. Brenna
Senior Assistant City Attorney
Texas Bar No. 00789170
grant.brenna@dallascityhall.com

City Attorney's Office
1500 Marilla Street, Room 7B North
Dallas, Texas 75201
Telephone:     214-670-3519
Telecopier:    214-670-0622

**ATTORNEYS FOR DEFENDANTS**
**CITY OF DALLAS AND DAVID BROWN**

Respectfully submitted,

*/s/ Gerald Bright  [ with permission ]*
Gerald Bright
State Bar No. 02991720
gerald.bright@wblpc.com
David L. Craft
State Bar No. 00790522
david.craft@wblpc.com
WALKER BRIGHT, P.C.
100 North Central Expressway, Suite 800
Richardson, Texas 75080
972/744-0192 (Voice)
972/744-0067 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**MICHAEL PUCKETT**

        Respectfully submitted,

*/s/ Edwin P. Voss, Jr.  [ with permission ]*
Edwin P. Voss, Jr.
State Bar No. 20620300
BROWN & HOFMEISTER, L.L.P.
740 East Campbell Road, Suite 800
Richardson, Texas 75081
214/747-6100 (Voice)  214/747-6111 (Facsimile)
evoss@bhlaw.net

**ATTORNEY FOR DEFENDANT**
**BRYAN KENT BURGESS**

## CERTIFICATE OF SERVICE

I certify that on 26 December 2013 I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Ben C. Martin
Thomas Wm. Arbon
Russell T. Burton
Law Offices of Ben C. Martin, LLP
*Attorneys for Plaintiff*

William M. "Billy" Ravkind
Ravkind & Associates, L.L.C.
*Attorney for Plaintiff*

Edwin P. Voss, Jr.
Brown & Hofmeister, L.L.P.
*Attorney for Defendant Bryan Kent Burgess*

Gerald Bright
David L. Craft
Walker Bright, P.C.
*Attorneys for Defendant Michael Puckett*

        *s/ Jason G. Schuette*
        Executive Assistant City Attorney